**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1590**

ROBERT MASON HENDRICKS; JACQUELINE TAYLOR HENDRICKS,

           Plaintiffs - Appellants,

       v.

ROBERT STEPP, Esquire; RHONDA HUNSINGER; MAURICE HOOD;
JEANNIE WEINGARTH; MICHAEL TAYLOR,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:08-cv-03299-CMC)

Submitted:  December 10, 2010      Decided:  December 30, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Mason Hendricks, Jacqueline Taylor Hendricks, Appellants
Pro Se.   Mark S. Barrow, William R. Calhoun, Jr., SWEENY,
WINGATE & BARROW, PA, Columbia, South Carolina; Katherine Dudley
Helms, Christopher John Near, OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PC, Columbia, South Carolina; Janet Brooks Holmes,
Daniel Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Hendricks and Jacqueline Hendricks appeal the district court's order denying relief on their Fed. R. Civ. P. 60(b) motion to vacate the district court's July 22, 2009 dismissal of their civil action. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Appellants' motion. See Fed. R. Civ. P. 60(b); MLC Auto., LLC v. Town of S. Pines, 532 F.3d 269, 277 (4th Cir. 2008); Heyman v. M.L. Mktg. Co., 116 F.3d 91, 94 (4th Cir. 1997). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED